UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:
    Jasmaine Elaine Williams                  Chapter 7
                                                                  Case No. 25-12564-DJB
    Debtor

_____

## **NOTICE OF APPEARANCE**

      Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor, BMW Financial Services NA, LLC, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date: <u>July 3, 2025</u>

                                                                                      Respectfully Submitted,

                                                                                      */s/ Elizabeth A. Trachtman*
                                                                                      Michele M. Bradford, Esq. PA 69849
                                                                                      Nicole M. Francese, Esq. PA 332253
                                                                                      Elizabeth A. Trachtman, Esq. PA 333427
                                                                                      Orlans Law Group PLLC
                                                                                      Attorney for BMW Financial Services NA, LLC
                                                                                      200 Eagle Road, Bldg 2, Suite 120
                                                                                      Wayne, PA 19087
                                                                                      (484) 367-4191
                                                                                      Email: mbradford@orlans.com
                                                                                      nfrancese@orlans.com
                                                                                      etrachtman@orlans.com
                                                                                      File Number: 25-009351