UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| In re: | Chapter 7 |
|     Jasmaine Elaine Williams | Case No. 25-12564-DJB |
|     Debtor | |

## CERTIFICATE OF SERVICE

    I, Elizabeth A. Trachtman, Attorney of Orlans Law Group PLLC, do hereby certify that on July 3, 2025, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: <u>July 3, 2025</u>

    Respectfully Submitted,

    <u>/s/ Elizabeth A. Trachtman</u>
    Michele M. Bradford, Esq. PA 69849
    Nicole M. Francese, Esq. PA 332253
    Elizabeth A. Trachtman, Esq. PA 333427
    Orlans Law Group PLLC
    Attorney for BMW Financial Services NA, LLC
    200 Eagle Road, Bldg 2, Suite 120
    Wayne, PA 19087
    (484) 367-4191
    Email: mbradford@orlans.com
    nfrancese@orlans.com
    File Number: 25-009351

<u>VIA US MAIL</u>

Jasmaine Elaine Williams, Debtor
7813 Provident St
Philadelphia, PA 19150

<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtor

Robert W. Seitzer Esq., Chapter 7 Trustee