# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy No. 23-22164-CMB |
|---|---|
| JASMAINE ELAINE WILLIAMS, | Chapter 7 |
| Debtors. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that Jason A. Little, Esq., of Farrell Fritz, P.C., hereby appears as counsel in this action on behalf of secured creditor and lessor, Porsche Financial Services, Inc. ("Porsche"), and hereby requests that future service of all papers and notices of all proceedings in said action be served upon the undersigned.

Dated: July 14, 2025
Albany, New York

By:  **FARRELL FRITZ, P.C.**

*/s/ Jason A. Little*
Jason A. Little
74 Chapel Street, Suite 2
Albany, New York 12207
Telephone: (518) 313-1439
Facsimile: (518) 313-1395
jlittle@farrellfritz.com