4 Horsemen Transportation
6024 Ridge Ave Ste 116 Box 305
Philadelphia, PA 19128-1601


Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540


AT&T Mobility
PO Box Box 6463
Carol Stream, IL 60197


AtoB
Celegans Labs Inc
4 Embarcadero Center Suite 1400
San Francisco, CA 94111


Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634


BHG Financial
201 Solar Street
Syracuse, NY 13204


BMW Financial Services
Attn: Bankruptcy/Correspondence
PO Box 3608
Dublin, OH 43016-0306


City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

Discover Personal Loans
Attn: Bankruptcy
PO Box 30954
Salt Lake City, UT 30954

Huntington Valley
5555 Cleveland Avenue
Columbus, OH 43231

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Maxim Commercial Capital LLC
11620 Wilshire Blvd 540
Los Angeles, CA 90025

Mercedes - Benz Financial Services
Attn: Bankruptcy
P.O. Box 685
Roanoke, TX 76262

Mercury/FBT
Attn: Bankruptcy
PO Box 84064
Columbus, GA 31908

Mohela
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Porsche Financial Services
One Porsche Drive
Atlanta, GA 30354

Truist Bank
Attn: Bankruptcy
214 N Tryon St
Charlotte, NC 28202-1078

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404


U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683


Vader Mountain Capital
12496 NW 25th Street
Miami, FL 33185