**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Jasmaine Elaine Williams,<br><br>                            Debtor. | Case No. 25-12564-DJB<br>Chapter 13 |

**Certificate of Service**

      I, Michael A. Cibik, certify that on July 24, 2025, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee

      I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: July 24, 2025

                                                                    /s/ Michael A. Cibik
                                                                    Michael A. Cibik (#23110)
                                                                    Cibik Law, P.C.
                                                                    1500 Walnut Street, Suite 900
                                                                    Philadelphia, PA 19102
                                                                    215-735-1060
                                                                    mail@cibiklaw.com

**Mailing List Exhibit:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Robert W. Seitzer**
1900 Spruce Street
Philadelphia, PA 19103
Method of Service: CM/ECF

**4 Horsemen Transportation**
6024 Ridge Ave Ste 116 Box 305
Philadelphia, PA 19128-1601
Method of Service: First Class Mail

**Amex**
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540
Method of Service: First Class Mail

**AT&T Mobility**
PO Box Box 6463
Carol Stream, IL 60197
Method of Service: First Class Mail

**AtoB**
Celegans Labs Inc
4 Embarcadero Center Suite 1400 San Francisco, CA 94111
Method of Service: First Class Mail

**BHG Financial**
201 Solar Street
Syracuse, NY 13204
Method of Service: First Class Mail

**BMW Financial Services**
Attn: Bankruptcy/Correspondence PO Box 3608
Dublin, OH 43016-0306
Method of Service: CM/ECF

**Huntington Valley**
5555 Cleveland Avenue Columbus, OH 43231
Method of Service: First Class Mail

**Maxim Commercial Capital LLC**
11620 Wilshire Blvd 540
Los Angeles, CA 90025
Method of Service: First Class Mail

**Mercedes - Benz Financial Services**
Attn: Bankruptcy
P.O. Box 685
Roanoke, TX 76262
Method of Service: First Class Mail

**Porsche Financial Services**
One Porsche Drive
Atlanta, GA 30354
Method of Service: CM/ECF

**Vader Mountain Capital**
12496 NW 25th Street
Miami, FL 33185
Method of Service: First Class Mail