UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>JASMAINE ELAINE WILLIAMS<br><br>Debtor | Chapter 7<br>Case No. 25-12564-DJB |
| BMW FINANCIAL SERVICES NA, LLC<br><br>Movant<br><br>v.<br><br>JASMAINE ELAINE WILLIAMS<br>(Debtor)<br><br>ROBERT W. SEITZER<br>(Trustee)<br><br>Respondents | |

## ORDER TERMINATING AUTOMATIC STAY

AND NOW, this _____ day of _____, 2025, upon consideration of the Motion for Relief from Automatic Stay filed by BMW Financial Services NA, LLC, and any responses thereto, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified for purposes of permitting the Movant to proceed and continue to levy and sell the 2024 BMW XM Label Red VIN No. 5YM33CS03R9U97306 to levy and sell the Vehicle, and to pursue its remedies under state law in connection with the loan documents.

3. The time period specified in Fed. R. Bankr. P. 4001(a)(4) is waived to allow BMW Financial Services NA, LLC to immediately liquidate the Vehicle.

4. This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

BY THE COURT:

Judge Derek J Baker
U.S. BANKRUPTCY COURT