UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>JASMAINE ELAINE WILLIAMS<br><br>    Debtor | Chapter 7<br>Case No. 25-12564-DJB |
| BMW FINANCIAL SERVICES NA, LLC<br><br>    Movant<br><br>v.<br><br>JASMAINE ELAINE WILLIAMS<br>        (Debtor)<br><br>ROBERT W. SEITZER<br>        (Trustee)<br><br>    Respondents | |

## CERTIFICATE OF SERVICE

    I, Elizabeth A. Trachtman, Attorney of Orlans Law Group PLLC, do hereby certify that on July 24, 2025, I caused to be served a copy of Motion For Relief From The Automatic Stay, Notice of Motion, Proposed Order, and Exhibits on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: <u>July 24, 2025</u>

                                                    Respectfully Submitted,

                                                  */s/ Elizabeth A. Trachtman*
Michele M. Bradford, Esq. PA 69849
Nicole M. Francese, Esq. PA 332253
Elizabeth A. Trachtman, Esq. PA 333427
Orlans Law Group PLLC
Attorney for BMW Financial Services NA, LLC
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: mbradford@orlans.com
nfrancese@orlans.com

etrachtman@orlans.com
File Number: 25-009351

<u>VIA US MAIL</u>

Jasmaine Elaine Williams, Debtor
7813 Provident St
Philadelphia, PA 19150

4 Horsemen Transportation, LLC
6025 Ridge Avenue
Philadelphia, PA 19128

<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtor

Robert W. Seitzer Esq., Chapter 7 Trustee