| AFFORDABLE HOUSING CENTERS OF PENNSYLVANIA (24814) | OASIS OUTSOURCING ADMIN II, LLC |
|---|---|
| 846 N BROAD STREET | 2054 VISTA PARKWAY STE 300 |
| PHILADELPHIA, PA 19130 | WEST PALM BEACH, FL 33411 |
| 267-713-1136 | OASIS WPB LAUNCH TEAM 888-679-8865 |
|  | Voucher #: 002164    Sort Order: 16 |

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
|  | JASMAINE WILLIAMS | 07-11-2025 | 06-22-2025 | 07-05-2025 | 65469143 |

Fed Tax H/Head of    State Tax /    Method Of Payment: Hourly,

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked |
|---|---|---|---|---|---|
| 07-02-2025 | SICK PAY | 29.1346 | 8.00 | 233.08 | 0.00 |
| 07-05-2025 | REG PAY | 29.1346 | 72.00 | 2097.69 | 72.00 |
| | Totals: | | 80.00 | 2330.77 | 72.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CLIENT IRA | 46.62 | 652.68 |
| FEDERAL INCOME | 80.25 | 1,123.50 |
| MEDICARE - EE | 33.80 | 473.15 |
| SOCIAL SEC - EE | 144.51 | 2,023.11 |
| PA INCOME TAX | 71.55 | 1,001.70 |
| PA UNEMPLOYMENT | 1.63 | 22.82 |
| PHILADELPHIA,PH | 87.40 | 1,223.60 |
| Total: | 465.76 | 6,520.56 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| C | 39909 | 865.00 |
| C | 52458 | 1,000.01 |
| | Total: | 1,865.01 |

**Net Pay** 1,865.01

**Net Pay Y-T-D** 26,110.21

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REG PAY | 31,581.91 |
| VAC PAY | 233.08 |
| SICK PAY | 815.78 |
| Total: | 32,630.77 |

### PAID TIME OFF

| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| VAC | 40.00 | 93.31 | 8.00 | 125.31 |
| SICK Total | 170.00 | 60.00 | 28.00 | 202.00 |
| Balance SICK Available for Use | 60.00 | 0.00 | 28.00 | 32.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| IRA | 46.62 | 652.68 |
| 24 AETNA NATION | 384.00 | 4,992.00 |
| EAP | 1.00 | 13.00 |
| METLIFE DENTAL | 22.50 | 292.50 |
| SUPERIOR VISION | 4.50 | 58.50 |
| Total: | 458.62 | 6008.68 |

** IMPORTANT NOTES **

PHR_SS_OASIS_CHECKS_V2

---

**Oasis** A PAYCHEX company

65469143

AFFORDABLE HOUSING CENTERS OF PENNSYLVANIA
846 N BROAD STREET
PHILADELPHIA, PA 19130

07-11-2025

AMOUNT
** VOID **

Pay: Your net pay has been directly deposited into your bank account.

To The Order Of:   JASMAINE WILLIAMS
7813 PROVIDENT STREET
PHILADELPHIA, PA 19150

Non-Negotiable

OASIS OUTSOURCING, LLC
2054 VISTA PARKWAY, SUITE 300
WEST PALM BEACH, FL 33411

JASMAINE WILLIAMS
7813 PROVIDENT STREET
PHILADELPHIA, PA 19150

| 24814 MAIN TRAINING DHCD |
| 202514 |

| AFFORDABLE HOUSING CENTERS OF PENNSYLVANIA (24814) | OASIS OUTSOURCING ADMIN II, LLC |
|---|---|
| 846 N BROAD STREET | 2054 VISTA PARKWAY STE 300 |
| PHILADELPHIA, PA 19130 | WEST PALM BEACH, FL 33411 |
| 267-713-1136 | OASIS WPB LAUNCH TEAM 888-679-8865 |
|  | Voucher #: 002147    Sort Order: 16 |

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
|  | JASMAINE WILLIAMS | 06-27-2025 | 06-08-2025 | 06-21-2025 | 65249994 |

Fed Tax H/Head of       State Tax /       Method Of Payment: Hourly,

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked |
|---|---|---|---|---|---|
| 06-21-2025 | REG PAY | 29.1346 | 80.00 | 2330.77 | 80.00 |
|  | Totals: |  | 80.00 | 2330.77 | 80.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CLIENT IRA | 46.62 | 606.06 |
| FEDERAL INCOME | 80.25 | 1,043.25 |
| MEDICARE - EE | 33.80 | 439.35 |
| SOCIAL SEC - EE | 144.51 | 1,878.60 |
| PA INCOME TAX | 71.55 | 930.15 |
| PA UNEMPLOYMENT | 1.63 | 21.19 |
| PHILADELPHIA,PH | 87.40 | 1,136.20 |
| Total: | 465.76 | 6,054.80 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| C | 39909 | 865.00 |
| C | 52458 | 1,000.01 |
| Total: |  | 1,865.01 |

**Net Pay**: 1,865.01
**Net Pay Y-T-D**: 24,245.20

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REG PAY | 29,484.22 |
| VAC PAY | 233.08 |
| SICK PAY | 582.70 |
| Total: | 30,300.00 |

### PAID TIME OFF

| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| VAC | 40.00 | 79.98 | 8.00 | 111.98 |
| SICK Total | 170.00 | 60.00 | 20.00 | 210.00 |
| Balance SICK Available for Use | 60.00 | 0.00 | 20.00 | 40.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| IRA | 46.62 | 606.06 |
| 24 AETNA NATION | 384.00 | 4,608.00 |
| EAP | 1.00 | 12.00 |
| METLIFE DENTAL | 22.50 | 270.00 |
| SUPERIOR VISION | 4.50 | 54.00 |
| Total: | 458.62 | 5550.06 |

** IMPORTANT NOTES **

PHR_SS_OASIS_CHECKS_V2

---

**Oasis** — A PAYCHEX company

65249994
06-27-2025

AFFORDABLE HOUSING CENTERS OF PENNSYLVANIA
846 N BROAD STREET
PHILADELPHIA, PA 19130

AMOUNT: ** VOID **

Pay: Your net pay has been directly deposited into your bank account.

To The Order Of:  JASMAINE WILLIAMS
7813 PROVIDENT STREET
PHILADELPHIA, PA 19150

*Non-Negotiable*

OASIS OUTSOURCING, LLC
2054 VISTA PARKWAY, SUITE 300
WEST PALM BEACH, FL 33411

JASMAINE WILLIAMS
7813 PROVIDENT STREET
PHILADELPHIA, PA 19150

| 24814 MAIN TRAINING DHCD |
|---|
| 202513 |

| AFFORDABLE HOUSING CENTERS OF PENNSYLVANIA (24814) | OASIS OUTSOURCING ADMIN II, LLC |
|---|---|
| 846 N BROAD STREET | 2054 VISTA PARKWAY STE 300 |
| PHILADELPHIA, PA 19130 | WEST PALM BEACH, FL 33411 |
| 267-713-1136 | OASIS WPB LAUNCH TEAM 888-679-8865 |
| | Voucher #: 002129  Sort Order: 17 |

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| | JASMAINE WILLIAMS | 06-13-2025 | 05-25-2025 | 06-07-2025 | 65048291 |

Fed Tax H/Head of          State Tax /          Method Of Payment: Hourly,

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked |
|---|---|---|---|---|---|
| 05-27-2025 | SICK PAY | 29.1346 | 8.00 | 233.08 | 0.00 |
| 06-07-2025 | REG PAY | 29.1346 | 72.00 | 2097.69 | 72.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CLIENT IRA | 46.62 | 559.44 |
| FEDERAL INCOME | 80.25 | 963.00 |
| MEDICARE - EE | 33.79 | 405.55 |
| SOCIAL SEC - EE | 144.51 | 1,734.09 |
| PA INCOME TAX | 71.55 | 858.60 |
| PA UNEMPLOYMENT | 1.63 | 19.56 |
| PHILADELPHIA,PH | 87.40 | 1,048.80 |

Totals: 80.00  2330.77  72.00

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| C | 39909 | 865.00 |
| C | 52458 | 1,000.02 |

**Net Pay**  1,865.02

**Net Pay Y-T-D**  22,380.19

Total: 1,865.02                          Total: 465.75  5,589.04

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REG PAY | 27,153.45 |
| VAC PAY | 233.08 |
| SICK PAY | 582.70 |

### PAID TIME OFF

| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| VAC | 40.00 | 79.98 | 8.00 | 111.98 |
| SICK Total | 170.00 | 60.00 | 20.00 | 210.00 |
| Balance SICK Available for Use | 60.00 | 0.00 | 20.00 | 40.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| IRA | 46.62 | 559.44 |
| 24 AETNA NATION | 384.00 | 4,224.00 |
| EAP | 1.00 | 11.00 |
| METLIFE DENTAL | 22.50 | 247.50 |
| SUPERIOR VISION | 4.50 | 49.50 |

Total: 27,969.23          ** IMPORTANT NOTES **          Total: 458.62  5091.44

PHR_SS_OASIS_CHECKS_V2

---

**Oasis**
A PAYCHEX company

65048291

06-13-2025

AFFORDABLE HOUSING CENTERS OF PENNSYLVANIA
846 N BROAD STREET
PHILADELPHIA, PA 19130

AMOUNT
** VOID **

Pay: Your net pay has been directly deposited into your bank account.

To The Order Of:  JASMAINE WILLIAMS
7813 PROVIDENT STREET
PHILADELPHIA, PA 19150

*Non-Negotiable*

OASIS OUTSOURCING, LLC
2054 VISTA PARKWAY, SUITE 300
WEST PALM BEACH, FL 33411

JASMAINE WILLIAMS
7813 PROVIDENT STREET
PHILADELPHIA, PA 19150

| 24814 MAIN TRAINING DHCD |
| 202512 |

AFFORDABLE HOUSING CENTERS OF PENNSYLVANIA (24814)

846 N BROAD STREET
PHILADELPHIA, PA 19130
267-713-1136

OASIS OUTSOURCING ADMIN II, LLC
2054 VISTA PARKWAY STE 300
WEST PALM BEACH, FL 33411
OASIS WPB LAUNCH TEAM 888-679-8865

Voucher #: 002111   Sort Order: 17

| Employee ID | Employee Name | Check Date | Period Start | Period End | Check No |
|---|---|---|---|---|---|
|  | JASMAINE WILLIAMS | 05-30-2025 | 05-11-2025 | 05-24-2025 | 64842660 |

Fed Tax H/Head of    State Tax /    Method Of Payment: Hourly

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount | Hours Worked |
|---|---|---|---|---|---|
| 05-24-2025 | REG PAY | 29.1346 | 80.00 | 2330.76 | 80.00 |
| | Totals: | | 80.00 | 2330.76 | 80.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CLIENT IRA | 46.62 | 512.82 |
| FEDERAL INCOME | 80.25 | 882.75 |
| MEDICARE - EE | 33.80 | 371.76 |
| SOCIAL SEC - EE | 144.50 | 1,589.58 |
| PA INCOME TAX | 71.55 | 787.05 |
| PA UNEMPLOYMENT | 1.63 | 17.93 |
| PHILADELPHIA,PH | 87.40 | 961.40 |
| Total: | 465.75 | 5,123.29 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| C | 39909 | 865.00 |
| C | 52458 | 1,000.01 |
| | Total: | 1,865.01 |

**Net Pay** 1,865.01

**Net Pay Y-T-D** 20,515.17

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REG PAY | 25,055.76 |
| VAC PAY | 233.08 |
| SICK PAY | 349.62 |
| Total: | 25,638.46 |

### PAID TIME OFF

| Description | C/O | Accrued | Used | Available |
|---|---|---|---|---|
| VAC | 40.00 | 66.65 | 8.00 | 98.65 |
| SICK Total | 170.00 | 60.00 | 12.00 | 218.00 |
| Balance SICK Available for Use | 60.00 | 0.00 | 12.00 | 48.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| IRA | 46.62 | 512.82 |
| 24 AETNA NATION | 0.00 | 3,840.00 |
| EAP | 0.00 | 10.00 |
| METLIFE DENTAL | 0.00 | 225.00 |
| SUPERIOR VISION | 0.00 | 45.00 |
| Total: | 46.62 | 4632.82 |

** IMPORTANT NOTES **

PHR_SS_OASIS_CHECKS_V2

---

**Oasis** A PAYCHEX company

64842660

05-30-2025

AFFORDABLE HOUSING CENTERS OF PENNSYLVANIA
846 N BROAD STREET
PHILADELPHIA, PA 19130

AMOUNT: ** VOID **

Non-Negotiable

Pay: Your net pay has been directly deposited into your bank account.

To The Order Of:  JASMAINE WILLIAMS
7813 PROVIDENT STREET
PHILADELPHIA, PA 19150

---

OASIS OUTSOURCING, LLC
2054 VISTA PARKWAY, SUITE 300
WEST PALM BEACH, FL 33411

JASMAINE WILLIAMS
7813 PROVIDENT STREET
PHILADELPHIA, PA 19150

| 24814 MAIN TRAINING DHCD |
| 202511 |