Certificate Number: 16339-PAE-DE-039942877

Bankruptcy Case Number: 25-12564



16339-PAE-DE-039942877

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 4, 2025,</u> at <u>5:48</u> o'clock <u>PM EDT,</u> <u>Jasmaine Williams</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 4, 2025</u>          By:  <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:  <u>Certified Financial Counselor</u>