UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>JASMAINE ELAINE WILLIAMS<br><br>Debtor | Chapter 7<br>Case No. 25-12564-DJB |
| BMW FINANCIAL SERVICES NA, LLC<br><br>Movant<br><br>v.<br><br>JASMAINE ELAINE WILLIAMS<br>(Debtor)<br><br>ROBERT W. SEITZER<br>(Trustee)<br><br>Respondents | Doc. No. 21 |

## CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that, as of the date hereof, I have received no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay (the "Motion"), filed on July 24, 2025 (Docket No.21) by BMW Financial Services NA, LLC. Counsel for the Debtor advised they do not oppose the Motion. Therefore, I hereby respectfully request that the Order attached to the Motion be entered by the Court.

Date: August 25, 2025

Respectfully Submitted,

*/s/ Elizabeth A. Trachtman*
Elizabeth A. Trachtman, Esq. PA 333427
Orlans Law Group PLLC
Attorney for BMW Financial Services NA, LLC
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
File Number: 25-009351