UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE: | |
| JASMAINE ELAINE WILLIAMS | Chapter 7 |
| | Case No. 25-12564-DJB |
| Debtor | |
| BMW FINANCIAL SERVICES NA, LLC | |
| Movant | |
| v. | |
| JASMAINE ELAINE WILLIAMS (Debtor) | |
| ROBERT W. SEITZER (Trustee) | |
| Respondents | |

## ORDER TERMINATING AUTOMATIC STAY

AND NOW, this _____day of_____, 2025, upon consideration of the

Motion for Relief from Automatic Stay filed by BMW Financial Services NA, LLC, and any

responses thereto, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified for purposes of

   permitting the Movant to proceed and continue to levy and sell the 2024 BMW XM Label

   Red VIN No. 5YM33CS03R9U97306 to levy and sell the Vehicle, and to pursue its

   remedies under state law in connection with the loan documents.

3. The time period specified in Fed. R. Bankr. P. 4001(a)(4) is waived to allow BMW

   Financial Services NA, LLC to immediately liquidate the Vehicle.

4.  This grant of relief from stay shall remain in full force and effect, notwithstanding any

subsequent conversion of this case to another chapter.

BY THE COURT:


Judge Derek J Baker
U.S. BANKRUPTCY COURT