UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>JASMAINE ELAINE WILLIAMS<br><br>　　　　　Debtor | Chapter 7<br>Case No. 25-12564-DJB |
| BMW FINANCIAL SERVICES NA, LLC<br><br>　　　　　Movant<br><br>v.<br><br>JASMAINE ELAINE WILLIAMS<br>　　　(Debtor)<br><br>ROBERT W. SEITZER<br>　　　(Trustee)<br><br>　　　　　Respondents | |

## **CERTIFICATE OF SERVICE**

    I, Elizabeth A. Trachtman, Attorney of Orlans Law Group PLLC, do hereby certify that on August 25, 2025, I caused to be served a copy of Certificate of No Response on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: <u>August 25, 2025</u>

                                                                                                                               Respectfully Submitted,

                                                                                                                              */s/ Elizabeth A. Trachtman*
                           Elizabeth A. Trachtman, Esq. PA 333427
                           Orlans Law Group PLLC
                           Attorney for BMW Financial Services NA, LLC
                           200 Eagle Road, Bldg 2, Suite 120
                           Wayne, PA 19087
                           (484) 367-4191
                           Email: etrachtman@orlans.com

                           File Number: 25-009351

<u>VIA US MAIL</u>

Jasmaine Elaine Williams, Debtor
7813 Provident St
Philadelphia, PA 19150

<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtor

Robert W. Seitzer Esq., Chapter 7 Trustee