UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE: | |
| JASMAINE ELAINE WILLIAMS | Chapter 7 |
| Debtor | Case No. 25-12564-DJB |
| BMW FINANCIAL SERVICES NA, LLC | Ref. Dkt. No. 21 |
| Movant | |
| v. | |
| JASMAINE ELAINE WILLIAMS | |
| (Debtor) | |
| ROBERT W. SEITZER | |
| (Trustee) | |
| Respondents | |

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO THE CLERK:

Please mark the Motion for Relief from Automatic Stay, filed on July 24, 2025 as Doc. #21, as withdrawn without prejudice.

Date: October 13, 2025

Respectfully Submitted,

*/s/Eliza Garifullina*
Eliza Garifullina, Esq. PA 336983
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for BMW Financial Services NA, LLC
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: egarifullina@orlans.com
mbradford@orlans.com
File Number: 25-009351