UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>JASMAINE ELAINE WILLIAMS<br><br>Debtor | Chapter 7<br>Case No. 25-12564-DJB |
| BMW FINANCIAL SERVICES NA, LLC<br><br>Movant<br><br>v.<br><br>JASMAINE ELAINE WILLIAMS<br>(Debtor)<br><br>ROBERT W. SEITZER<br>(Trustee)<br><br>Respondents | |

## **CERTIFICATE OF SERVICE**

    I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on October 13, 2025, I caused to be served a copy of Withdrawal of Motion for Relief from Stay on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: October 13, 2025

                                                                Respectfully Submitted,

                                                                 */s/Eliza Garifullina*_____
                                                                  Eliza Garifullina, Esq. PA 336983
                                                                  Michele M. Bradford, Esq. PA 69849
                                                                  Orlans Law Group PLLC
                                                                  Attorney for BMW Financial Services NA, LLC
                                                                  200 Eagle Road, Bldg 2, Suite 120
                                                                  Wayne, PA 19087
                                                                  (484) 367-4191
                                                                  Email: egarifullina@orlans.com
                                                                  mbradford@orlans.com

File Number: 25-009351

<u>VIA US MAIL</u>

Jasmaine Elaine Williams, Debtor
7813 Provident St
Philadelphia, PA 19150

<u>VIA ECF</u>

Michael A. Cibik, Esq., on behalf of Debtor

Robert W. Seitzer Esq., Chapter 7 Trustee